# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BMO HARRIS BANK, N.A., a national banking association, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-16-1310-D |
| CLASSIC EXPRESS, INC., an Oklahoma corporation; and RICHARD KILPATRICK, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

This matter comes before the Court on Plaintiff, BMO Harris Bank N.A.'s Motion for Default Judgment [Doc. No. 12] against Defendants. Upon reviewing the Complaint, Motion, and the supporting affidavit attached thereto, and finding that service of the Summons and Complaint has been made upon Defendants, the Court finds it has subject matter and personal jurisdiction, and that entry of default judgment is appropriate.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the Clerk's entry of default, default judgment is entered in favor of BMO Harris Bank N.A. and against Defendants Classic Express, Inc. and Richard Kilpatrick in the amount of $511,132.65. Interest shall accrue on the judgment amount at the

contractually agreed rate of 1.5% per month (18% per annum) from and after January 12, 2017.

**ENTERED** this **8th** day of May 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE